UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEL JEANNITE,<br>Plaintiff, | ) | |
| v. | ) | Civil No. 26-14525-LTS |
| SONDAY, et al.,<br>Defendants. | ) | |

FINAL ORDER OF DISMISSAL

In accordance with the Order dated October 13, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 10/13/2026

By the Court,

/s/ Samantha Dore
Deputy Clerk